1  JEE YOUNG YOU (State Bar No. 241658)
   Email: jeeyoung.you@apks.com
2  ARNOLD & PORTER KAYE SCHOLER LLP
   Three Embarcadero Center, 10th Fl.
3  San Francisco, CA 94111-4024
   Telephone: (415) 471-3364
4  Facsimile: (415) 471-3400

5  Attorneys for Defendants
   PFIZER INC. and GREENSTONE LLC,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTYNE LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PFIZER INC., GREENSTONE LLC, MCKESSON CORPORATION, and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 4:17-CV-02375-TSG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Haywood S. Gilliam<br>Courtroom 2, 4th Floor |

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Krystyne Lopez and Defendants Pfizer, Inc., Greenstone LLC, and McKesson Corporation, through their respective counsel, hereby stipulate as follows:

　1.　All claims in the above-entitled action are dismissed in their entirety without prejudice.

　2.　Each party is to bear its own fees and costs.

**IT IS SO STIPULATED**.

| | | |
|---|---|---|
| Dated: July 26, 2017 | | ARNOLD & PORTER KAYE SCHOLER LLP |
| | | By: */s/ Jee Young You* |
| | | Jee Young You |
| | | *Attorneys for Defendants Pfizer Inc. and Greenstone LLC* |
| Dated: July 26, 2017 | | GOODMAN NEUMAN HAMILTON LLP |
| | | By: */s/ Patricia Bonheyo* |
| | | Patricia Bonheyo |
| | | *Attorneys for Defendant McKesson Corporation* |
| Dated: July 26, 2017 | | FINSON LAW FIRM, LLP |
| | | By: */s/ Lowell W. Finson* |
| | | Lowell W. Finson |
| | | *Attorneys for Plaintiff Krystyne Lopez* |

1
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. 4:17-CV-02375-HSG

1` **ORDER**

2     1.    All claims in the above-entitled action are dismissed in their entirety without

3 prejudice.

4     2.    Each party is to bear its own fees and costs.

5     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7 Dated: July 31, 2017

                                              HON. HAYWOOD S. GILLIAM, JR.

8                                               UNITED STATES DISTRICT COURT JUDGE